

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00027-CR
_____

MICAH TRUMOND ARMSTRONG, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 51366-A

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant, Micah Trumond Armstrong, has filed a motion to dismiss this appeal. The motion was signed by both Armstrong and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     June 30, 2025
Date Decided:       July 1, 2025

Do Not Publish